| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Tucker, Petrese B. | 2. Court or Organization PA-Eastern District | 3. Date of Report 09/28/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge (Active) | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

Room 9613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1751

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Director | Avenue of the Arts, Inc. |
| 2.  Executor | Estate #1 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2000 | PA State Retirement Plan |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 09/28/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | PA SERS State Employee Retirement System | $28,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Commonwealth of PA - Common Pleas Court Judge - Salary |
| 2. 2011 | Cottage Home - Rental income |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit card | J |
| 2. | Farm Credit of the Virginias | Mortgage on Land | None |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 09/28/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Accounts receivable from clients of law practice | | None | | | Closed | 12/31/11 | J | | |
| 2. Land Halifax County, VA | | None | L | W | | | | | |
| 3. Royal Bank - bank accounts | A | Interest | J | T | | | | | |
| 4. Estate #1 - Real Estate Phila, PA Appraisal Date 1/20/09 | | None | M | Q | | | | | |
| 5. Estate #1 - PNC Bank | A | Interest | K | T | | | | | |
| 6. 3M Company | A | Dividend | | | Sold (part) | 02/01/11 | J | A | |
| 7. | | | | | Sold | 12/05/11 | J | A | |
| 8. ABBOTT LABORATORIES-5.875% 5/15/06 - CORP BONDS | A | Interest | J | T | | | | | |
| 9. Abbott Labs | | None | | | Sold | 01/02/11 | J | A | |
| 10. ABERCROMBIE & FITCH CO | A | Dividend | J | T | Buy | 09/29/11 | J | | |
| 11. ADOBE SYSTEMS | | None | | | Sold (part) | 04/25/11 | J | A | |
| 12. | | | | | Sold | 04/26/11 | J | A | |
| 13. AETNA INC NEW | A | Dividend | J | T | | | | | |
| 14. AGILENT TECHNOLOGIES INC | A | Dividend | J | T | Buy | 01/18/11 | J | | |
| 15. AIA GROUP LTD SHS | A | Dividend | | | Buy | 03/11/11 | J | | |
| 16. | | | | | Sold | 09/15/11 | J | A | |
| 17. ALCATEL LUCENT SPD ADR | | None | | | Sold (part) | 02/15/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 09/28/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 03/01/11 | J | | |
| 19. ALLEGHENY TECH INC | A | Dividend | | | Sold (part) | 05/18/11 | J | A | |
| 20. | | | | | Sold (part) | 05/19/11 | J | A | |
| 21. | | | | | Sold | 10/05/11 | J | | |
| 22. ALLERGAN INC | A | Dividend | J | T | | | | | |
| 23. ALLIANZ NFJ DIVIDENT VALUE FUND | | None | J | T | | | | | |
| 24. Allstate Corp Del | A | Dividend | J | T | | | | | |
| 25. ALTERA CORP | A | Dividend | J | T | Buy | 01/03/11 | J | | |
| 26. | | | | | Sold (part) | 10/31/11 | J | A | |
| 27. Altria Group (Y) | | | | | | | | | |
| 28. ALUMINA LTD SP ADR (Y) | | | | | | | | | |
| 29. AMAZON COM INC COM | | None | J | T | Sold (part) | 07/27/11 | J | B | |
| 30. | | | | | Sold (part) | 10/26/11 | J | C | |
| 31. AMER EXPRESS COMP | A | Dividend | J | T | Buy | 10/25/11 | J | | |
| 32. AMEREN CORP | A | Dividend | J | T | | | | | |
| 33. AMERICAN EXPRESS-GLOBAL NOTES 6.15% 9/28/2017 | A | Interest | J | T | | | | | |
| 34. AMERICAN TOWER CORP | | None | | | Sold (part) | 01/18/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 02/18/11 | J | A | |
| 36. | | | | | Sold (part) | 04/8/11 | J | A | |
| 37. | | | | | Sold | 04/8/11 | J | A | |
| 38. AMERIPRISE FINANCIAL INC | A | Dividend | J | T | | | | | |
| 39. AMERISOURCEBERGEN CORP | A | Dividend | J | T | | | | | |
| 40. AMGEN INC COM PV S.0001 | A | Dividend | J | T | Sold (part) | 04/1/11 | J | | |
| 41. | | | | | Sold (part) | 04/15/11 | J | | |
| 42. | | | | | Buy (add'l) | 03/22/11 | J | | |
| 43. | | | | | Sold (part) | 12/08/11 | J | A | |
| 44. AMN ELEC POWER CO | A | Dividend | J | T | Buy | 05/23/11 | J | | |
| 45. | | | | | Buy (add'l) | 05/24/11 | J | | |
| 46. ANALOG DEVICES INC COM | A | Dividend | J | T | Buy | 01/18/11 | J | | |
| 47. | | | | | Buy (add'l) | 01/19/11 | J | | |
| 48. | | | | | Buy (add'l) | 01/20/11 | J | | |
| 49. | | | | | Sold (part) | 04/11/11 | J | | |
| 50. ANGLOGOLD ASHANTI LTD | A | Dividend | J | T | | | | | |
| 51. ANHEUSER-BUSCH INBEV ADR | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 09/28/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ANHEUSER-BUSCH INBEV SA GLB-2.875% 2/15/2016 | | None | J | T | Buy | 11/03/11 | J | | |
| 53. | | | | | Buy (add'l) | 11/07/11 | J | | |
| 54. ANHEUSER-BUSCH INBEV SA GLB-4.125% 1/15/2015 | | None | J | T | Buy | 11/09/11 | J | | |
| 55. ANNALY CAP MGMT INC | A | Dividend | J | T | Sold (part) | 09/26/11 | J | A | |
| 56. | | | | | Sold (part) | 10/01/11 | J | A | |
| 57. AON CORP COM | A | Dividend | J | T | | | | | |
| 58. APACHE CORP | A | Dividend | J | T | | | | | |
| 59. Apple Computer | | None | K | T | Sold (part) | 07/18/11 | J | B | |
| 60. APPLIED MATERIAL INC | A | Dividend | J | T | Buy | 03/21/11 | J | | |
| 61. | | | | | Buy (add'l) | 04/18/11 | J | | |
| 62. ASML HLDG NV NEW YORK | | None | J | T | Buy | 10/31/11 | J | | |
| 63. | | | | | Buy (add'l) | 12/06/11 | J | | |
| 64. ASSA ABLOY AB (Y) | | | | | | | | | |
| 65. ASTRAZENECA PLC BONDS | A | Interest | J | T | | | | | |
| 66. ASTRAZENECA PLC SPND ADR | A | Dividend | J | T | | | | | |
| 67. AT&T | A | Dividend | J | T | | | | | |
| 68. BAKERS HUGHES INC | A | Dividend | | | Buy | 02/01/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 09/28/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | | | | | Sold | 09/29/11 | J | | |
| 70. BANCO DO BRASIL SA-SPON | A | Dividend | J | T | | | | | |
| 71. BARRICK GOLD CORPORATION | A | Dividend | J | T | | | | | |
| 72. BAXTER INTERNATIONAL (Y) | | | | | | | | | |
| 73. BAYERISCHE MOTORENWERKE | A | Dividend | J | T | Buy | 02/09/11 | J | | |
| 74. BERKSHIRE HAYAWAY INC | | None | J | T | | | | | |
| 75. BG GROUP PLC SPON ADR | A | Dividend | J | T | Buy | 04/19/11 | J | | |
| 76. BHP BILLITON LTD ADR | A | Dividend | J | T | | | | | |
| 77. BIF MONDY FUND | A | Dividend | L | T | | | | | |
| 78. BIG LOTS INC COM | | None | | | Sold | 01/03/11 | J | A | |
| 79. BIOGEN IDEC | | None | J | T | Buy | 11/02/11 | J | | |
| 80. | | | | | Buy (add'l) | 11/23/11 | J | | |
| 81. BLACKROCK BOND ALLOC TARGET SHS SERIES C | B | Dividend | K | T | Buy (add'l) | 04/14/11 | J | | |
| 82. | | | | | Buy (add'l) | 12/16/11 | J | | |
| 83. BLACKROCK BOND ALLOC TARGET SHS SERIES M | A | Dividend | K | T | Buy (add'l) | 04/14/11 | J | | |
| 84. | | | | | Buy (add'l) | 12/12/11 | J | | |
| 85. BLACKROCK EQTY DIVIDEND | A | Dividend | K | T | Buy | 08/26/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 09/28/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BOEING CO - GLOBAL BONDS | A | Interest | J | T | | | | | |
| 87. BOEING COMPANY | A | Dividend | J | T | Sold (part) | 06/23/11 | J | A | |
| 88. | | | | | Sold (part) | 09/27/11 | J | | |
| 89. | | | | | Buy (add'l) | 12/02/11 | J | | |
| 90. BORG WARNER INC COM | | None | J | T | Buy (add'l) | 12/05/11 | J | | |
| 91. BOTTLING GROUP INC GLB-6.95% 3/15/2014 | A | Interest | J | T | Buy | 03/03/11 | J | | |
| 92. BP CAPITAL MARKETS PLC GLB-1.7% 12/5/2014 | | None | J | T | Buy | 12/08/11 | J | | |
| 93. BRISTOL MYER SQUIBB | A | Dividend | J | T | Buy | 02/28/11 | J | | |
| 94. | | | | | | | | | |
| 95. BRITISH AMERICAN TOBACCO (X) | A | Dividend | J | T | | | | | |
| 96. CA Inc | A | Dividend | J | T | Sold (part) | 05/02/11 | J | A | |
| 97. CAMECO CORP COM | A | Dividend | J | T | Buy | 03/25/11 | J | | |
| 98. CAMERON INTL CORT | A | Dividend | | | Sold | 06/01/11 | J | A | |
| 99. CANADIAN NATURAL RES | A | Dividend | | | Sold (part) | 05/12/11 | J | | |
| 100. | | | | | Sold (part) | 08/11/11 | J | | |
| 101. | | | | | Sold (part) | 10/06/11 | J | B | |
| 102. | | | | | Sold | 10/07/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 09/28/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. CAPITAL ONE FINANCIAL CORP | A | Dividend | J | T | | | | | |
| 104. CARDINAL HEALTH INC OHIO | A | Dividend | J | T | | | | | |
| 105. CARREFOUR SA SHS | A | Dividend | J | T | | | | | |
| 106. CATERPILLER FINANCIAL SE - 7.150% 2/15/2019 (X) | A | Interest | J | T | | | | | |
| 107. Caterpillar Inc stock | A | Dividend | J | T | Buy (add'l) | 02/18/11 | J | | |
| 108. | | | | | Sold (part) | 05/16/11 | J | A | |
| 109. | | | | | Sold (part) | 08/15/11 | J | A | |
| 110. CELGENE CORP | | None | | | Sold (part) | 02/09/11 | J | | |
| 111. | | | | | Sold | 02/10/11 | J | | |
| 112. CENTURYTEL INC (Y) | | | | | | | | | |
| 113. CERNER CORP | | None | J | T | Buy | 11/21/11 | J | | |
| 114. CF INDS HLDGS INC | | None | J | T | Buy | 09/06/11 | J | | |
| 115. CHECK POINT SOFTWARE TECH | A | Dividend | | | Sold | 08/08/11 | J | A | |
| 116. CHESAPEAKE ENERGY OKLA | A | Dividend | J | T | | | | | |
| 117. CHEVRON CORP | A | Dividend | J | T | Buy (add'l) | 04/01/11 | J | | |
| 118. Cisco Systems Inc. | A | Dividend | J | T | Sold (part) | 02/11/11 | J | | |
| 119. | | | | | Sold (part) | 09/06/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 09/28/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. CISCO SYSTEMS INC - BONDS | A | Interest | | | Sold | 06/28/11 | J | A | |
| 121. CITIGROUP INC COM NEW (FOMERLY CITIGROUP INC) | A | Dividend | J | T | Sold (part) | 08/08/11 | J | A | |
| 122. CITIGROUP INC - SUB NOTES | A | Interest | J | T | | | | | |
| 123. CITRIX SYSTEMS | | None | J | T | | | | | |
| 124. CLIFFS NATURAL RESOURCES | A | Dividend | J | T | Buy | 05/02/11 | J | | |
| 125. | | | | | Sold (part) | 09/06/11 | J | | |
| 126. CME GROUP INC | A | Dividend | J | T | Sold (part) | 10/25/11 | J | | |
| 127. | | | | | Sold (part) | 10/26/11 | J | | |
| 128. CMS ENERGY CORP | A | Interest | J | T | | | | | |
| 129. COACH INC | A | Dividend | J | T | | | | | |
| 130. Coca Cola Com | A | Dividend | J | T | Sold (part) | 05/01/11 | J | A | |
| 131. | | | | | Buy (add'l) | 05/18/11 | J | | |
| 132. | | | | | Buy (add'l) | 06/23/11 | J | | |
| 133. COGNIZANT TECH SOLUTIONS | | None | | | Buy | 03/23/11 | J | | |
| 134. | | | | | Sold (part) | 06/13/11 | J | | |
| 135. | | | | | Sold (part) | 08/02/11 | J | | |
| 136. | | | | | Sold | 08/09/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 12 of 42

**Name of Person Reporting**

Tucker, Petrese B.

**Date of Report**

09/28/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Colgate Palmolive | A | Dividend | | | Sold (part) | 01/07/11 | J | | |
| 138. | | | | | Sold | 03/17/11 | J | | |
| 139. COLUMBIA VALUE & RESTRUCTURING FUND CL Z | A | Dividend | J | T | | | | | |
| 140. COMCAST CORP - BONDS | A | Interest | J | T | | | | | |
| 141. Comcast Corp New Cl A | A | Dividend | J | T | | | | | |
| 142. COMERICA INC | A | Dividend | J | T | Buy | 04/07/11 | J | | |
| 143. Computer Science Crp | A | Dividend | | | Sold | 06/06/11 | J | | |
| 144. Conoco Phillips | A | Dividend | J | T | Sold (part) | 05/03/11 | J | A | |
| 145. | | | | | Sold (part) | 03/01/11 | J | A | |
| 146. CONOCOPHILLIPS GLB-4.75% 2/1/2014 | A | Interest | J | T | Buy | 03/02/11 | J | | |
| 147. CORNING INC | A | Dividend | J | T | Sold (part) | 05/18/11 | J | A | |
| 148. | | | | | Sold (part) | 05/19/11 | J | A | |
| 149. | | | | | Buy (add'l) | 03/14/11 | J | | |
| 150. | | | | | Sold (part) | 08/19/11 | J | | |
| 151. COVIDIEN PLC SHS | A | Dividend | J | T | | | | | |
| 152. CTRIP.COM INTL LTD ADR | | None | | | Sold | 02/16/11 | J | | |
| 153. CUMMINS INC | A | Dividend | | | Sold | 08/10/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 09/28/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. CVS CAREMARK CORP (X) | A | Dividend | J | T | | | | | |
| 155. CVS CAREMARK CORP-5.75% 3/1/2017 | A | Interest | J | T | Buy | 03/02/11 | J | | |
| 156. DAIMLERCHRYSLER NA HOLDING-BONDS 6.5% 11/15/2013 | A | Interest | J | T | | | | | |
| 157. DANAHER CORP DEL | A | Dividend | J | T | | | | | |
| 158. DAITO TR CONSTRUCTION CO | A | Dividend | J | T | Buy | 02/15/11 | J | | |
| 159. DANAHER CORP DEL (X) | A | Dividend | J | T | Sold (part) | 02/01/11 | J | | |
| 160. | | | | | Buy (add'l) | 05/16/11 | J | | |
| 161. | | | | | Buy (add'l) | 05/17/11 | J | | |
| 162. DANONE-SPON ADR (Y) | | | | | | | | | |
| 163. DELL INC | | None | J | T | Buy | 02/07/11 | J | | |
| 164. | | | | | Buy (add'l) | 02/28/11 | J | | |
| 165. DENBURY RES INC | | None | | | Sold | 05/01/11 | J | A | |
| 166. DEVON ENERGY CORP | A | Dividend | J | T | Buy | 03/07/11 | J | | |
| 167. | | | | | Sold (part) | 06/23/11 | J | | |
| 168. | | | | | Sold (part) | 06/24/11 | J | | |
| 169. DIAMOND OFFSHORE DRLNG | A | Dividend | | | Sold (part) | 02/01/11 | J | | |
| 170. | | | | | Sold | 12/01/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 09/28/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. DIRECTTV HLDG/FIN INC-3.5% 3/1/16 | A | Interest | J | T | Buy | 03/16/11 | J | | |
| 172. DISCOVER FINL SVCS | A | Dividend | J | T | Buy | 04/04/11 | J | | |
| 173. | | | | | Buy (add'l) | 07/11/11 | J | | |
| 174. DR PEPPER SNAPPLE GROUP | A | Dividend | J | T | Sold (part) | 08/08/11 | J | | |
| 175. E M C CORPORATION MAS | | None | J | T | | | | | |
| 176. EASTMAN CHEMICAL CO COM (X) | | None | J | T | | | | | |
| 177. EATON CORP | A | Dividend | | | Sold | 06/06/11 | J | A | |
| 178. EASTON VANCE LARGE CAP | A | Dividend | | | Sold | 08/29/11 | J | A | |
| 179. EDISON INTL CALIF | A | Dividend | J | T | | | | | |
| 180. EDWARDS LIFESCIENCES CRP | | None | J | T | Buy | 12/13/11 | J | | |
| 181. EMERSON ELECTRIC | A | Dividend | | | Sold | 05/12/11 | J | B | |
| 182. ENSCO INTL LTD SPNSR ADR | A | Dividend | J | T | Buy | 11/21/11 | J | | |
| 183. | | | | | Buy (add'l) | 12/1/11 | J | | |
| 184. ENTERPRISE PRODUCTS OPER CO-3.2% 2/1/2016 | | None | J | T | Buy | 11/03/11 | J | | |
| 185. ENTERPRISE PRODUCTS OPER CO-5.2% 9/1/2020 | A | Interest | J | T | Buy | 04/15/11 | J | | |
| 186. EOG RESOURCES | A | Dividend | J | T | Buy (add'l) | 12/05/11 | J | | |
| 187. EXELON CORP BONDS 4.9% 6/15/2015 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 09/28/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Express Scripts Inc Com | | None | J | T | Buy | 05/16/11 | J | | |
| 189. Exxon Mobil | A | Dividend | J | T | | | | | |
| 190. F5 NETWORKS INC COM | | None | | | Sold | 03/22/11 | J | | |
| 191. FAMILY DOLLAR STORES | | None | J | T | Buy | 10/19/11 | J | | |
| 192. FED HOME LN MTG CORP-6.125% 3/15/2012 | A | Interest | J | T | | | | | |
| 193. FED HOME LN MTG CORP-4.875% 11/15/013 | A | Interest | J | T | | | | | |
| 194. FED HOME LN MTG CORP-5.125% 7/15/2012 | A | Interest | J | T | | | | | |
| 195. FED NAT'L MTG ASSOC-.75% 12/18/2013 | A | Interest | J | T | Buy | 01/11/11 | J | | |
| 196. FED NAT'L MTG ASSOC-4.75% 12/15/2010 (Y) | | | | | | | | | |
| 197. FED NAT'L MTG ASSOC-6.125% 3/15/2012 | A | Interest | J | T | | | | | |
| 198. FHLMC         50% 2040 | A | Interest | J | T | Buy | 09/01/11 | J | | |
| 199. FHLMC         4% 2040 | B | Interest | J | T | | | | | |
| 200. FHLMC         50% 2021 | B | Interest | J | T | | | | | |
| 201. FHLMC         50% 2037 | B | Interest | J | T | | | | | |
| 202. FHLMC         50% 2038 | A | Interest | | | Buy | 08/15/11 | J | | |
| 203. | | | | | Buy (add'l) | 08/23/11 | J | | |
| 204. | | | | | Sold (part) | 08/23/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold | 08/25/11 | J | | |
| 206. FHLMC     05% 2038 | A | Interest | J | T | Buy | 10/12/11 | J | | |
| 207. FIFTH THIRD BANCORP | A | Dividend | | | Sold | 05/02/11 | J | | |
| 208. FINMECCANICA SPA SHS | A | Dividend | J | T | | | | | |
| 209. FIRST SOLAR INC | A | Dividend | | | Buy | 03/15/11 | J | | |
| 210. | | | | | Buy (add'l) | 04/01/11 | J | | |
| 211. | | | | | Sold (part) | 06/02/11 | J | | |
| 212. | | | | | Sold | 06/24/11 | J | | |
| 213. FLOWSERVE CORP | | None | | | Buy | 02/04/11 | J | | |
| 214. | | | | | Sold (part) | 06/02/11 | J | | |
| 215. | | | | | Sold | 06/13/11 | J | | |
| 216. FLUOR CORP NEW | | None | J | T | Buy | 05/11/11 | J | | |
| 217. | | | | | Buy (add'l) | 05/12/11 | J | | |
| 218. | | | | | Sold (part) | 09/06/11 | J | | |
| 219. FNMA    6% 2038 | A | Interest | J | T | Redeemed (part) | 02/09/11 | J | | |
| 220. | | | | | Redeemed (part) | 02/11/11 | J | | |
| 221. FNMA    6% 2034 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 09/28/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  FNMA        5% 2035 | B | Interest | J | T | | | | | |
| 223.  FNMA        5% 2036 | A | Interest | J | T | | | | | |
| 224.  FNMA        5% 2033 | A | Interest | J | T | | | | | |
| 225.  FNMA        5% 2036 | A | Interest | J | T | | | | | |
| 226.  FNMA        5.5% 2037 | A | Interest | J | T | | | | | |
| 227.  FNMA   05 50% 2038 | A | Int./Div. | J | T | Buy | 02/08/11 | J | | |
| 228.  FNMA        6% 2038 | A | Interest | J | T | Redeemed (part) | 02/09/11 | J | | |
| 229.  FNMA        5% 2038 (Y) | | | | | | | | | |
| 230.  FNMA        5% 2038 | A | Interest | J | T | | | | | |
| 231.  FNMA   04 50% 2023 | B | Interest | J | T | | | | | |
| 232.  FNMA        6% 2038 | A | Interest | | | Redeemed | 02/25/11 | J | | |
| 233.  FNMA        50% 2039 | A | Dividend | J | T | Buy | 10/13/11 | J | | |
| 234.  FNMA        50% 2040 | B | Interest | J | T | | | | | |
| 235.  FNMA        50% 2039 | A | Interest | J | T | Buy | 04/25/11 | J | | |
| 236.  FNMA        50% 2041 | A | Interest | J | T | Buy | 02/08/11 | J | | |
| 237.  FNMA        50% 2041 | A | Interest | J | T | Buy | 08/08/11 | J | | |
| 238.  FNMA        50% 2041 | B | Interest | J | T | Buy | 03/15/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 05/10/11 | J | | |
| 240. FNMA ▒▒▒ 4% 2041 | A | Int./Div. | J | T | Buy | 01/13/11 | J | | |
| 241. FREEPRT-MCMRAN CPR & GLD | A | Dividend | K | T | Sold (part) | 05/04/11 | J | A | |
| 242. | | | | | Sold (part) | 09/29/11 | J | | |
| 243. FUJIFIM HLDGS CORP ADR | A | Dividend | J | T | | | | | |
| 244. GAP INC DELAWARE | A | Dividend | J | T | Sold (part) | 02/28/11 | J | A | |
| 245. GENERAL ELECTRIC CAP CORP SENIOR BONDS 5.25% 10/19/2012 | A | Interest | J | T | | | | | |
| 246. GENERAL ELECTRIC | A | Dividend | J | T | | | | | |
| 247. GENERAL MOTORS CO (X) | | None | J | T | | | | | |
| 248. GENL DYNAMICS | A | Dividend | J | T | Buy | 08/22/11 | J | | |
| 249. GILEAD SCIENCES INC | | None | | | Buy | 07/21/11 | J | | |
| 250. | | | | | Sold (part) | 09/27/11 | J | | |
| 251. | | | | | Sold | 11/21/11 | J | | |
| 252. GLAXOSMITHKLINE CAPITAL-5.65% 5/15/2018 | A | Interest | J | T | | | | | |
| 253. GlaxoSmithKline PLC ADR | A | Dividend | J | T | | | | | |
| 254. GOLD FIELDS SP ADR NEW | A | Dividend | J | T | | | | | |
| 255. GOLDMAN SACHS GROUP INC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 09/28/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  GOLDMAN SACHS GROUP INC - NOTES | A | Interest | J | T | Buy (add'l) | 05/04/11 | J | | |
| 257. | | | | | Sold (part) | 05/03/11 | J | A | |
| 258.  GOOGLE INC | | None | J | T | Buy (add'l) | 02/11/11 | J | | |
| 259. | | | | | Buy (add'l) | 02/14/11 | J | | |
| 260. | | | | | Buy (add'l) | 02/23/11 | J | | |
| 261. | | | | | Buy (add'l) | 04/01/11 | J | | |
| 262. | | | | | Buy (add'l) | 05/04/11 | J | | |
| 263. | | | | | Buy (add'l) | 08/03/11 | J | | |
| 264. | | | | | Buy (add'l) | 11/30/11 | J | | |
| 265.  GRUPO TELEVISA SA ADR (Y) | | | | | | | | | |
| 266.  Halliburton Company | A | Dividend | J | T | | | | | |
| 267.  HARBOR INTERNATIONAL | A | Dividend | J | T | | | | | |
| 268.  HARRIS CORP DEL (FORMERLY HARRIS STRATEX NETWORK) | A | Dividend | J | T | | | | | |
| 269.  HARTFORD CAPITAL | | None | | | Sold | 08/29/11 | J | A | |
| 270.  Hartford Financial Services Inc (X) | A | Dividend | J | T | | | | | |
| 271.  Hess Corp (Y) | | | | | | | | | |
| 272.  Hewlett Packard Co | A | Dividend | | | Buy (add'l) | 02/09/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold | 07/01/11 | J | | |
| 274. HOME DEPOT INC - 3.950% 9/15/2020 | A | Interest | | | Redeemed | 06/28/11 | J | | |
| 275. HOME RETAIL GROUP PLC | A | Int./Div. | J | T | Buy | 03/15/11 | J | | |
| 276. Honeywell Intl Inc Del | A | Dividend | J | T | | | | | |
| 277. HSBC HLDG PLC | A | Dividend | | | Sold | 03/09/11 | J | | |
| 278. HUDSON CITY BANKCORP INC | A | Dividend | J | T | Buy (add'l) | 01/25/11 | J | | |
| 279. IMB CORP 4.47% 11/19/2012 | A | Interest | J | T | | | | | |
| 280. ILLINOIS TOOL WORKS INC (X) | A | Dividend | | | Sold | 12/01/11 | J | | |
| 281. ILLUMINA INC COM | | None | J | T | Buy | 01/12/11 | J | | |
| 282. | | | | | Buy (add'l) | 03/16/11 | J | | |
| 283. | | | | | Buy (add'l) | 05/02/11 | J | | |
| 284. | | | | | Buy (add'l) | 07/29/11 | J | | |
| 285. | | | | | Sold (part) | 12/12/11 | J | | |
| 286. INGERSOL-RAND PLC | A | Dividend | J | T | | | | | |
| 287. Intel Corp | A | Dividend | J | T | Buy (add'l) | 05/19/11 | J | | |
| 288. | | | | | Buy (add'l) | 05/19/11 | J | | |
| 289. | | | | | Sold (part) | 11/04/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 09/28/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. International Business Machines | A | Dividend | J | T | | | | | |
| 291. INTL PAPER CO | A | Dividend | J | T | Sold (part) | 01/18/11 | J | A | |
| 292. | | | | | Buy (add'l) | 03/16/11 | J | | |
| 293. | | | | | Buy (add'l) | 06/20/11 | J | | |
| 294. IVY ASSET STRATEGY FUND CL I (Y) | | | | | | | | | |
| 295. JANUS FORTY FD CL I (X) | | None | | | Sold | 04/25/11 | J | A | |
| 296. JOHN DEERE CORP - GLOBAL BONDS 7% 3/15/2012 | A | Interest | J | T | | | | | |
| 297. JOHNSON AND JOHNSON | A | Dividend | J | T | Buy (add'l) | 05/12/11 | J | | |
| 298. | | | | | Buy (add'l) | 06/23/11 | J | | |
| 299. | | | | | Buy (add'l) | 07/20/11 | J | | |
| 300. | | | | | Sold (part) | 11/04/11 | J | | |
| 301. | | | | | Sold (part) | 12/02/11 | J | | |
| 302. JP Morgan Chase & Co | A | Dividend | K | T | Sold (part) | 06/23/11 | J | A | |
| 303. | | | | | Buy (add'l) | 12/02/11 | J | | |
| 304. | | | | | Buy (add'l) | 12/05/11 | J | | |
| 305. | | | | | Buy (add'l) | 05/03/11 | J | | |
| 306. | | | | | Buy (add'l) | 05/04/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 09/28/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy (add'l) | 11/04/11 | J | | |
| 308. | | | | | Buy (add'l) | 11/07/11 | J | | |
| 309. JP MORGAN CHASE GLB-3.150% 7/5/2016 | | None | J | T | Buy | 08/08/11 | J | | |
| 310. JP MORGAN CHASE BONDS | A | Interest | J | T | Buy (add'l) | 03/02/11 | J | | |
| 311. JUNIPER NETWORKS INC | | None | J | T | | | | | |
| 312. Kimberly Clark | A | Dividend | J | T | Buy (add'l) | 09/22/11 | J | | |
| 313. | | | | | Buy (add'l) | 10/03/11 | J | | |
| 314. | | | | | Sold (part) | 12/05/11 | J | A | |
| 315. KINROSS GOLD CORP | A | Dividend | J | T | | | | | |
| 316. KOHLS CORP WISC PV 1CT | A | Dividend | J | T | Buy | 08/11/11 | J | | |
| 317. | | | | | Buy (add'l) | 09/30/11 | J | | |
| 318. KOREA ELEC POWER SPN ADR | | None | J | T | | | | | |
| 319. Kraft Foods Inc | A | Dividend | | | Sold | 11/08/11 | J | A | |
| 320. KRAFT FOODS GLB 5.375% 2/10/2020 | A | Interest | J | T | | | | | |
| 321. KROGER CO (X) | A | Interest | J | T | Buy (add'l) | 06/27/11 | J | | |
| 322. | | | | | Buy (add'l) | 07/05/11 | J | | |
| 323. | | | | | Buy (add'l) | 10/03/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 09/28/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. L-3 COMMUNICATIONS HOLDING | A | Dividend | J | T | | | | | |
| 325. LABORATORY CP AMER HLDGS | | None | | | Sold | 01/21/11 | J | A | |
| 326. LAS VEGAS SANDS CORP | | None | J | T | Buy | 06/07/11 | J | | |
| 327. | | | | | Buy (add'l) | 06/08/11 | J | | |
| 328. | | | | | Sold (part) | 11/29/11 | J | A | |
| 329. LAUDER ESTEE COMPANIES INC CL A | A | Dividend | J | T | Buy | 08/10/11 | J | | |
| 330. LILLY ELI & CO | A | Dividend | J | T | Buy | 02/07/11 | J | | |
| 331. | | | | | Buy (add'l) | 02/08/11 | J | | |
| 332. | | | | | Buy (add'l) | 05/03/11 | J | | |
| 333. | | | | | Buy (add'l) | 05/06/11 | J | | |
| 334. LIMITED BRANDS INC | A | Dividend | J | T | Sold (part) | 07/11/11 | J | A | |
| 335. LLOYDS TSB GROUP SPD | | None | | | Sold | 05/09/11 | J | | |
| 336. Lockheed Martin Corp | A | Dividend | J | T | Buy (add'l) | 07/11/11 | J | | |
| 337. Loews Corp (Y) | | | | | | | | | |
| 338. LORILLARD INC | A | Dividend | J | T | Buy | 10/04/11 | J | | |
| 339. LUBRIZOL CORP | A | Dividend | | | Sold (part) | 03/15/11 | J | B | |
| 340. | | | | | Sold | 03/16/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 341. LVMH MOET HENNESSY ADR (Y) | | | | | | | | | |
| 342. MAINSTAY LARGE CAP | | None | J | T | Buy | 04/25/11 | J | | |
| 343. MARATHON OIL CORP | A | Dividend | J | T | Sold (part) | 03/14/11 | J | | |
| 344. | | | | | Sold (part) | 07/08/11 | J | | |
| 345. | | | | | Sold (part) | 03/01/11 | J | | |
| 346. | | | | | Buy (add'l) | 07/13/11 | J | | |
| 347. MARATHON OIL CORP-6% 10/01/2017 | A | Interest | | | Sold | 04/14/11 | J | A | |
| 348. MATTEL INC COM | A | Dividend | J | T | | | | | |
| 349. MCDONALDS CORP | A | Dividend | J | T | Sold (part) | 01/06/11 | J | A | |
| 350. | | | | | Sold (part) | 01/12/11 | J | A | |
| 351. | | | | | Sold (part) | 01/13/11 | J | A | |
| 352. | | | | | Buy (add'l) | 05/25/11 | J | | |
| 353. | | | | | Buy (add'l) | 06/01/11 | J | | |
| 354. MEAD JOHNSON NUTRTION CO | A | Dividend | J | T | | | | | |
| 355. MEADWESTVACO CORP | A | Dividend | J | T | | | | | |
| 356. METRONIC INC COM | A | Dividend | J | T | | | | | |
| 357. MERCK AND CO INC | A | Dividend | J | T | Sold (part) | 01/24/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 09/28/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Metlife Inc | A | Dividend | J | T | | | | | |
| 359. Microsoft Corp | A | Dividend | K | T | Buy (add'l) | 08/09/11 | J | | |
| 360. | | | | | Buy (add'l) | 08/15/11 | J | | |
| 361. | | | | | Sold (part) | 03/28/11 | J | | |
| 362. | | | | | Buy (add'l) | 07/11/11 | J | | |
| 363. | | | | | Sold (part) | 12/12/11 | J | | |
| 364. MITSUBISHI ESTATE ADR | A | Dividend | J | T | | | | | |
| 365. MONSANTO CO NEW DEL COM | A | Dividend | J | T | Buy | 06/01/11 | J | | |
| 366. | | | | | Buy (add'l) | 07/01/11 | J | | |
| 367. | | | | | Buy (add'l) | 10/14/11 | J | | |
| 368. MORGAN STANLEY - NOTES (Y) | | | | | | | | | |
| 369. MORGAN ST DEAN WITTER GLB-6.6% 4/1/2012 (X) | A | Interest | J | T | | | | | |
| 370. MOTOROLA SOLUTIONS INC (FORMERLY MOTOROLA INC) | A | Dividend | J | T | Buy (add'l) | 01/24/11 | J | | |
| 371. MRV ENGENHRA SPND ADR | | None | J | T | Buy | 06/01/11 | J | | |
| 372. MS&AD INS GROUP HLDGS (X) | A | Dividend | J | T | | | | | |
| 373. NABORS INDUSTRIES LTD | | None | J | T | | | | | |
| 374. NATIONALOIL WELL VARCO | A | Dividend | J | T | Buy (add'l) | 03/16/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 09/28/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Buy (add'l) | 07/27/11 | J | | |
| 376. NETAPP INC | | None | | | Sold | 04/05/11 | J | | |
| 377. NETFLIX COM INC | | None | J | T | Sold (part) | 06/07/11 | J | A | |
| 378. | | | | | Sold (part) | 09/29/11 | J | | |
| 379. | | | | | Buy (add'l) | 11/04/11 | J | | |
| 380. NEW CORP CL A | | None | | | Sold | 02/07/11 | J | A | |
| 381. NEW YORK CMNTY BANCORP (Y) | | | | | | | | | |
| 382. NEWCREST MNG LTD SPN ADR | A | Dividend | J | T | | | | | |
| 383. NEWMONT MINING CORP (X) | A | Dividend | J | T | | | | | |
| 384. NEWS AMERICA INC 5.3% 12/15/2014 | A | Interest | | | Redeemed | 07/15/11 | J | A | |
| 385. NIPPON TELG&TEL SPDN ADR | A | Dividend | J | T | | | | | |
| 386. NOBLE ENERGY INC (Y) | | | | | | | | | |
| 387. Nokia Corp | A | Dividend | J | T | | | | | |
| 388. NORDSTROM INC | A | Dividend | | | Sold | 06/24/11 | J | A | |
| 389. NORTHROP GRUMMAN CORP | A | Dividend | J | T | | | | | |
| 390. NVIDIA | | None | | | Buy | 01/07/11 | J | | |
| 391. | | | | | Sold | 03/10/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. OAO GAZPROM SPON ADR (X) | A | Dividend | J | T | | | | | |
| 393. Oracle Corp | A | Dividend | J | T | Buy (add'l) | 05/02/11 | J | | |
| 394. PANASONIC CORP SHS (X) | A | Dividend | J | T | | | | | |
| 395. PARKER HANNIFIN CORP | A | Dividend | | | Sold | 08/22/11 | J | A | |
| 396. Pepsico Inc | A | Dividend | J | T | Buy (add'l) | 05/18/11 | J | | |
| 397. | | | | | Buy (add'l) | 06/23/11 | J | | |
| 398. | | | | | Sold (part) | 12/01/11 | J | | |
| 399. | | | | | Sold (part) | 01/24/11 | J | | |
| 400. Pfizer Inc Del PV .05 | A | Dividend | J | T | Sold (part) | 05/03/11 | J | | |
| 401. PFIZER INC-6.2% 3/15/2019 | A | Interest | J | T | | | | | |
| 402. PHILIP MORRIS INTL INC | A | Dividend | J | T | Buy (add'l) | 08/08/11 | J | | |
| 403. | | | | | Buy (add'l) | 10/31/11 | J | | |
| 404. | | | | | Buy (add'l) | 12/05/11 | J | | |
| 405. PHILIPS ELECTRONIC NV GLB-5.750% 3/11/2018 | A | Interest | | | Buy | 03/02/11 | J | | |
| 406. | | | | | Sold | 06/28/11 | J | | |
| 407. PIMCO EMERGING LOCAL BOND FUND | A | Dividend | J | T | | | | | |
| 408. PIMCO FIXED INCOME SHS SERIES C INSTL | B | Dividend | K | T | Buy (add'l) | 02/22/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. PIMCO FIXED INCOME SHS SERIES M INSTL | B | Interest | K | T | Buy (add'l) | 02/22/11 | J | | |
| 410. PIMCO TOTAL RETURN FUND CL P | A | Dividend | J | T | | | | | |
| 411. PITNEY BOWES INC | A | Dividend | J | T | | | | | |
| 412. PNC FINANCIAL SERVICES GROUP INC | A | Dividend | J | T | | | | | |
| 413. PRAXAIR INC | A | Dividend | J | T | Buy | 08/29/11 | J | | |
| 414. PRECISION CASTPARTS | A | Dividend | J | T | | | | | |
| 415. PRICELINE COM INC | | None | | | Sold (part) | 02/04/11 | J | A | |
| 416. | | | | | Sold | 03/01/11 | J | B | |
| 417. Proctor Gamble | | None | J | T | Buy (add'l) | 05/12/11 | J | | |
| 418. | | | | | Buy (add'l) | 05/17/11 | J | | |
| 419. | | | | | Buy (add'l) | 06/22/11 | J | | |
| 420. | | | | | Sold (part) | 10/28/11 | J | A | |
| 421. | | | | | Sold (part) | 12/05/11 | J | A | |
| 422. PRUDENTIAL PLC (Y) | | | | | | | | | |
| 423. QUALCOMM INC | A | Dividend | J | T | Buy | 07/21/11 | J | | |
| 424. | | | | | Buy (add'l) | 11/18/11 | J | | |
| 425. QWEST COMM INTL INC COM (Y) | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 09/28/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. RR DONNELLEY SONS | A | Dividend | J | T | Sold (part) | 07/11/11 | J | | |
| 427. RANGE RESOURCES CORP DEL | A | Dividend | J | T | Sold (part) | 05/18/11 | J | | |
| 428. Raytheon Co Delaware New | A | Dividend | J | T | Buy (add'l) | 05/19/11 | J | | |
| 429. | | | | | Sold (part) | 12/02/11 | J | | |
| 430. REYNOLDS AMERICAN INC | A | Dividend | J | T | Sold (part) | 12/01/11 | J | | |
| 431. ROCKWELL AUTOMATION | A | Dividend | J | T | Buy | 02/14/11 | J | | |
| 432. | | | | | Buy (add'l) | 02/15/11 | J | | |
| 433. | | | | | Sold (part) | 08/23/11 | J | | |
| 434. | | | | | Buy (add'l) | 12/09/11 | J | | |
| 435. | | | | | Buy (add'l) | 12/12/11 | J | | |
| 436. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 437. ROCKWELL COLLINS | A | Dividend | | | Sold (part) | 03/24/11 | J | A | |
| 438. | | | | | Sold | 08/10/11 | J | | |
| 439. ROSS STORES INC COM | A | Dividend | J | T | Sold (part) | 03/21/11 | J | A | |
| 440. ROWAN COMPANIES | | None | | | Sold | 01/18/11 | J | A | |
| 441. ROYAL DUTCH SHELL | A | Dividend | J | T | Sold (part) | 10/07/11 | J | | |
| 442. RYDER SYSTEMS INC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 42

Name of Person Reporting

Tucker, Petrese B.

Date of Report

09/28/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. SALESFORCE COM INC | | None | J | T | Buy (add'l) | 12/05/11 | J | | |
| 444. SANDISK CORP INC | | None | J | T | Sold (part) | 06/23/11 | J | | |
| 445. | | | | | Sold (part) | 06/24/11 | J | | |
| 446. | | | | | Buy (add'l) | 12/05/11 | J | | |
| 447. | | | | | Sold (part) | 02/07/11 | J | A | |
| 448. | | | | | Sold (part) | 06/06/11 | J | | |
| 449. Sanofi Aventis Spon ADR | A | Dividend | J | T | Sold (part) | 04/01/11 | J | A | |
| 450. SAP AG SHS | A | Dividend | J | T | | | | | |
| 451. SARA LEE CORP | A | Dividend | | | Sold | 12/07/11 | J | A | |
| 452. SBERBANK SPONSORED ADR | | None | J | T | Buy | 10/10/11 | J | | |
| 453. Schlumberger Ltd | A | Dividend | J | T | Buy (add'l) | 02/04/11 | J | | |
| 454. | | | | | Buy (add'l) | 10/26/11 | J | | |
| 455. | | | | | Buy (add'l) | 11/30/11 | J | | |
| 456. SEKISUI HSE LD SPONS ADR | A | Dividend | J | T | | | | | |
| 457. SEVEN AND I HOLDINGS CO (Y) | | | | | | | | | |
| 458. SHISEIDO LTD SPONSRD ADR (Y) | | | | | | | | | |
| 459. SIGMA ALDRICH CORP | A | Dividend | J | T | Buy | 06/23/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 42

Name of Person Reporting

Tucker, Petrese B.

Date of Report

09/28/2012

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Buy (add'l) | 07/11/11 | J | | |
| 461. SINA CORPORATION | | None | | | Buy | 01/13/11 | J | | |
| 462. | | | | | Buy (add'l) | 01/14/11 | J | | |
| 463. | | | | | Sold | 09/30/11 | J | B | |
| 464. SK TELECOM | A | Dividend | J | T | | | | | |
| 465. SOUTHWEST AIRLNS CO | A | Dividend | J | T | | | | | |
| 466. SOUTHWESTERN ENERGY CO | | None | | | Sold | 02/09/11 | J | | |
| 467. SPRINT NEXTEL CORP COM SER 1 | | None | J | T | Buy | 06/06/11 | J | | |
| 468. | | | | | Buy (add'l) | 07/05/11 | J | | |
| 469. STARBUCKS CORP | A | Dividend | J | T | Buy (add'l) | 05/18/11 | J | | |
| 470. STARWOOD HOTELS AND RESORTS | A | Dividend | J | T | Buy | 01/21/11 | J | | |
| 471. | | | | | Buy (add'l) | 01/24/11 | J | | |
| 472. | | | | | Buy (add'l) | 08/04/11 | J | | |
| 473. STERICYCLE INC COM | | None | J | T | Buy | 08/19/11 | J | | |
| 474. STRYKER CORP | A | Dividend | | | Buy | 05/12/11 | J | | |
| 475. | | | | | Buy (add'l) | 05/13/11 | J | | |
| 476. | | | | | Sold (part) | 08/18/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Sold | 08/19/11 | J | | |
| 478. SUMITOMO MITSUI-UNSPONS | A | Dividend | J | T | | | | | |
| 479. SUNCOR ENERGY INC NEW (Y) | | | | | | | | | |
| 480. SWISSCOM AG ADR | A | Dividend | J | T | | | | | |
| 481. SYMANTEC CORP | | None | J | T | Buy | 08/08/11 | J | | |
| 482. T ROWE PRICE DIVIDEND GROWTH FUND | A | Dividend | J | T | | | | | |
| 483. TAIWAN SEMICONDUCTOR MANUFACTURING CO LTD (Y) | | | | | | | | | |
| 484. TARGET CORP | A | Dividend | | | Sold (part) | 03/07/11 | J | A | |
| 485. | | | | | Sold | 08/08/11 | J | | |
| 486. TELECOM ITALIA SPA ADR (X) | A | Dividend | J | T | | | | | |
| 487. TELEFONICA EMISIONES SAU COMPANY - 3.992% 2/16/2016 | A | Interest | J | T | Buy | 02/11/11 | J | | |
| 488. TELEKOMUNIKASI INDONESIA | A | Dividend | J | T | | | | | |
| 489. TELSTRA CORP | A | Dividend | J | T | Buy | 02/18/11 | J | | |
| 490. TEXAS INSTRUMENTS | A | Dividend | | | Sold (part) | 02/09/11 | J | A | |
| 491. | | | | | Sold | 02/10/11 | J | A | |
| 492. TEXTRPM INC | | None | | | Buy | 04/07/11 | J | | |
| 493. | | | | | Buy (add'l) | 04/08/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 42

**Name of Person Reporting**

Tucker, Petrese B.

**Date of Report**

09/28/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Buy (add'l) | 04/25/11 | J | | |
| 495. | | | | | Sold (part) | 05/18/11 | J | | |
| 496. | | | | | Sold | 06/03/11 | J | | |
| 497. TIME WARNER INC | A | Dividend | J | T | Buy (add'l) | 05/19/11 | J | | |
| 498. TIME WARNER INC-4.875% 3/15/2020 | A | Interest | J | T | | | | | |
| 499. TITANIUM METALS CORP NEW | | None | | | Sold | 05/02/11 | J | A | |
| 500. TJX COS INC NEW | A | Dividend | | | Sold (part) | 02/07/11 | J | A | |
| 501. | | | | | Sold | 03/01/11 | J | A | |
| 502. TNT EXPRESS NV SHS ADR (X) | | None | J | T | | | | | |
| 503. Total S.A. Sp ADR | A | Dividend | J | T | Sold (part) | 11/01/11 | J | | |
| 504. TOYOTA MOTOR CORP ADR | A | Dividend | J | T | | | | | |
| 505. TRAVELERS COS INC | A | Dividend | J | T | | | | | |
| 506. TURKIYE GRTI BK SPN ADR (Y) | | | | | | | | | |
| 507. TYCO INTL LTD NAMEN-AKT | A | Dividend | J | T | Buy | 06/10/11 | J | | |
| 508. | | | | | Buy (add'l) | 07/01/11 | J | | |
| 509. TYSON FOODS INC CL A | A | Dividend | J | T | Buy | 06/23/11 | J | | |
| 510. | | | | | Buy (add'l) | 06/24/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 42

Name of Person Reporting

Tucker, Petrese B.

Date of Report

09/28/2012

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. UBS AG (Y) | | | | | | | | | |
| 512. UNION PACIFIC CORP | A | Dividend | J | T | Buy (add'l) | 10/06/11 | J | | |
| 513. | | | | | Buy (add'l) | 10/07/11 | J | | |
| 514. UNITED PARCEL SERVICE INC CL B (Y) | | | | | | | | | |
| 515. United Techs Corp Com | A | Dividend | J | T | | | | | |
| 516. UNITEDHEALTH GROUP | A | Dividend | J | T | | | | | |
| 517. UNUM GROUP | A | Dividend | J | T | | | | | |
| 518. US TREASURY BILL-0% 12/15/2011 | | None | | | Buy | 06/15/11 | J | | |
| 519. | | | | | Buy (add'l) | 06/27/11 | J | | |
| 520. | | | | | Redeemed | 09/01/11 | J | A | |
| 521. US TREASURY BILL-0% 12/22/11 | | None | | | Buy | 08/01/11 | J | | |
| 522. | | | | | Redeemed (part) | 09/30/11 | J | B | |
| 523. | | | | | Redeemed | 11/01/11 | J | | |
| 524. US TREASURY BILL-0% 9/8/11 | | None | | | Buy | 03/10/11 | J | | |
| 525. | | | | | Redeemed | 09/08/11 | K | A | |
| 526. US TREASURY BOND-4.375% 11/15/2039 | A | Interest | J | T | | | | | |
| 527. US TREASURY NOTE-2.875% 1/31/2013 | A | Interest | J | T | Buy (add'l) | 04/14/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 42

Name of Person Reporting

Tucker, Petrese B.

Date of Report

09/28/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. US TREASURY NOTE-4.25% 11/15/2017 | A | Interest | J | T | Buy (add'l) | 04/14/11 | J | | |
| 529. US TREASURY NOTES-4.5% 9/30/2011 | | None | | | Buy (add'l) | 04/14/11 | J | | |
| 530. | | | | | Redeemed | 09/30/11 | J | | |
| 531. US TREASURY NOTE-5.125% 6/30/2011 | A | Interest | | | Redeemed | 06/30/11 | J | | |
| 532. US TREASURY NOTE-.875% 2/29/2012 | A | Interest | J | T | Buy (add'l) | 06/10/11 | J | | |
| 533. US TREASURY NOTE-.5% 05/31/2013 | A | Interest | J | T | Buy | 06/01/11 | J | | |
| 534. US TREASURY NOTE-1% 7/31/2011 | A | Interest | | | Redeemed | 07/31/11 | J | A | |
| 535. US TREASURY NOTE-1.375% 3/15/2013 | A | Interest | J | T | Buy (add'l) | 06/10/11 | J | | |
| 536. US TREASURY NOTE-1.375% 5/15/2012 | A | Interest | J | T | Buy (add'l) | 04/14/11 | J | | |
| 537. US TREASURY NOTE-1.50% 7/31/2016 | | None | J | T | Buy | 08/09/11 | J | | |
| 538. US TREASURY NOTE-1.750% 1/31/2014 | A | Interest | J | T | | | | | |
| 539. US TREASURY NOTE-2.125% 8/15/2021 | | None | J | T | Buy | 09/13/11 | J | | |
| 540. US TREASURY NOTE-2.625% 06/30/2014 (Y) | | | | | | | | | |
| 541. US TREASURY NOTE-2.375% 10/31/2014 (X) | | None | | | Redeemed | 02/11/11 | J | A | |
| 542. US TREASURY NOTE-2.375% 7/31/2017 | A | Interest | J | T | | | | | |
| 543. US TREASURY NOTE-2.5% 6/30/2017 | A | Interest | | | Redeemed | 02/10/11 | J | | |
| 544. US TREASURY NOTE-2.625% 11/15/2020 | A | Interest | J | T | Buy | 09/01/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 09/28/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Buy (add'l) | 09/30/11 | J | | |
| 546. US TREASURY NOTE-2.625% 12/31/2014 | A | Int./Div. | J | T | Buy | 07/15/11 | J | | |
| 547. US TREASURY NOTE-2.625% 6/30/2014 | A | Interest | | | Redeemed (part) | 05/24/11 | J | A | |
| 548. | | | | | Redeemed (part) | 06/15/11 | J | A | |
| 549. | | | | | Redeemed | 07/18/11 | J | A | |
| 550. US TREASURY NOTE-2.750% 11/30/2016 | A | Interest | J | T | Buy (add'l) | 02/01/11 | J | | |
| 551. | | | | | Buy (add'l) | 05/01/11 | J | | |
| 552. US TREASURY NOTE-3.125% 5/15/2019 | A | Interest | K | T | Buy (add'l) | 01/04/11 | J | | |
| 553. | | | | | Buy (add'l) | 04/01/11 | J | | |
| 554. | | | | | Redeemed (part) | 06/27/11 | J | A | |
| 555. | | | | | Buy (add'l) | 07/01/11 | J | | |
| 556. US TREASURY NOTE-3.125% 5/15/2021 | A | Interest | J | T | Buy | 06/15/11 | J | | |
| 557. | | | | | Buy (add'l) | 11/01/11 | J | | |
| 558. | | | | | Buy (add'l) | 12/01/11 | J | | |
| 559. US TREASURY NOTE-3.625% 02/15/2020 | A | Interest | J | T | Buy (add'l) | 04/14/11 | J | | |
| 560. US TREASURY NOTE-3.625% 08/15/2019 | A | Interest | J | T | Buy (add'l) | 04/14/11 | J | | |
| 561. US TREASURY NOTE-4% 02/15/2015 | A | Interest | | | Redeemed | 02/01/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 37 of 42

Name of Person Reporting
Tucker, Petrese B.

Date of Report
09/28/2012

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. US TREASURY NOTE-4.25% 9/30/2012 | B | Interest | K | T | Buy (add'l) | 08/01/11 | J | | |
| 563. | | | | | Redeemed (part) | 07/15/11 | J | | |
| 564. US TREASURY NOTE-4.5% 09/30/2011 | A | Interest | | | Buy (add'l) | 02/16/11 | J | | |
| 565. | | | | | Redeemed (part) | 04/01/11 | J | | |
| 566. | | | | | Redeemed (part) | 05/01/11 | J | | |
| 567. | | | | | Redeemed (part) | 06/30/11 | J | | |
| 568. | | | | | Redeemed | 09/01/11 | J | | |
| 569. US TREASURY NOTE-5% 02/15/2011 | A | Interest | | | Redeemed (part) | 01/04/11 | J | | |
| 570. | | | | | Redeemed (part) | 02/01/11 | J | | |
| 571. | | | | | Redeemed (part) | 02/10/11 | J | | |
| 572. | | | | | Redeemed | 02/15/11 | J | | |
| 573. US TRSY INFLATION BOND-2.375% 1/15/2029 | A | Interest | J | T | Buy | 06/10/11 | J | | |
| 574. | | | | | Buy (add'l) | 07/13/11 | J | | |
| 575. | | | | | Buy (add'l) | 07/27/11 | J | | |
| 576. US TREASURY NOTE-2.375% 04/15/2011 | A | Interest | | | Redeemed | 04/15/11 | J | A | |
| 577. US TRSY INFLATION BOND-3.625% 4/15/2028 | A | Interest | J | T | Buy | 06/10/11 | J | | |
| 578. US TRSY INFLATION NOTE-2.375% 1/15/2017 | A | Interest | | | Redeemed | 08/01/11 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Tucker, Petrese B. | 09/28/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. US TRSY INFLATION NOTE-3% 7/15/2012 | A | Interest | J | T | | | | | |
| 580. US TRSY INFLATION NOTE-.625% 7/15/2021 | | None | J | T | Buy | 08/01/11 | J | | |
| 581. USD CANADIAN NATURAL RES-5.7% 5/15/2017 | A | Interest | J | T | | | | | |
| 582. V F CORPORATION | A | Dividend | J | T | Sold (part) | 07/14/11 | J | A | |
| 583. VALE SE (Y) | | | | | | | | | |
| 584. VALEO SPONSORED ADR (X) | A | Dividend | J | T | | | | | |
| 585. Valero Energy Corp New | A | Dividend | J | T | Buy | 06/06/11 | J | | |
| 586. | | | | | Buy (add'l) | 12/12/11 | J | | |
| 587. VERIFONE SYSTEMS INC | | None | J | T | Buy | 09/19/11 | J | | |
| 588. VERIZON COMMUNICATION COM | A | Dividend | J | T | Sold (part) | 10/03/11 | J | A | |
| 589. | | | | | Sold (part) | 05/03/11 | J | A | |
| 590. | | | | | Sold (part) | 05/05/11 | J | | |
| 591. VERIZON COMMUNICATION-5.5% 02/15/2018 | A | Int./Div. | J | T | | | | | |
| 592. VIACOM INC NEW CL B (FORMERLY Viacom Inc New) | A | Dividend | J | T | | | | | |
| 593. VISA INC CL A SHRS | A | Dividend | | | Sold | 01/13/11 | J | A | |
| 594. VODAFONE | A | Dividend | J | T | | | | | |
| 595. WACHOVIA CORP BOND | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 596. WACOAL HOLDINGS CORP ADR (Y) | | | | | | | | | |
| 597. Wal-Mart Stores Inc | A | Dividend | J | T | Buy (add'l) | 06/23/11 | J | | |
| 598. | | | | | Buy (add'l) | 10/04/11 | J | | |
| 599. | | | | | Sold (part) | 12/05/11 | J | A | |
| 600. | | | | | Sold (part) | 02/28/11 | J | | |
| 601. | | | | | Sold (part) | 07/14/11 | J | | |
| 602. | | | | | Sold (part) | 07/15/11 | J | | |
| 603. WALMART STORES INC 5.8% 2/15/2018 | A | Interest | J | T | | | | | |
| 604. WATERS CORP | | None | J | T | Buy | 02/10/11 | J | | |
| 605. | | | | | Buy (add'l) | 02/11/11 | J | | |
| 606. WELLPOINT INC | A | Dividend | J | T | | | | | |
| 607. WELLS FARGO & CO NEW DEL | A | Dividend | J | T | | | | | |
| 608. WESTERN UN CO | A | Dividend | J | T | Buy (add'l) | 05/09/11 | J | | |
| 609. WHIRLPOOL CORP (X) | A | Dividend | J | T | | | | | |
| 610. WILLIAMS COMPANIES DEL | A | Dividend | | | Sold | 07/11/11 | J | A | |
| 611. XEROX CORP | A | Dividend | J | T | | | | | |
| 612. XSTRATA PLC | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613.  YUM BRANDS INC | A | Dividend | J | T | Buy | 05/20/11 | J | | |
| 614. | | | | | Buy (add'l) | 05/23/11 | J | | |
| 615. | | | | | Buy (add'l) | 05/24/11 | J | | |
| 616. | | | | | Sold (part) | 09/30/11 | J | | |
| 617.  POTASH CORP SASKATCHEWAN | A | Dividend | | | Sold | 08/19/11 | J | A | |
| 618. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 41 of 42

Name of Person Reporting

Tucker, Petrese B.

Date of Report

09/28/2012

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Investment Line 5 - Appraisal Date 1/20/2009

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Petrese B. Tucker**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544